# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**United States of America,**

    **Plaintiff,**

v.                                                     Case No. 07-20007-02-JWL

**Shalia Marie Rogers,**

    **Defendant.**

## **MEMORANDUM & ORDER**

In May 2007, defendant Shalia Marie Rogers entered a plea of guilty to conspiracy to distribute or possess with intent to distribute more than 50 grams of cocaine base. She was sentenced to 60 months' imprisonment to be followed by three years of supervised release. Subsequently, her sentence was reduced to 48 months' imprisonment as a result of certain retroactive amendments to the sentencing guidelines but the period of supervised release was not modified. Ms. Rogers' term of supervised release commenced on December 12, 2011.

On May 30, 2013, the court received a letter from Ms. Rogers in which she inquires about the possibility of "being released early from [her] supervised probation." The court construed the letter as a motion for early termination of supervised release and the Clerk of the Court docketed the motion accordingly. After receiving input from both probation and the government concerning Ms. Rogers' request, the court concludes that it would be premature to grant Ms. Rogers' motion at this time, particularly in light of unresolved criminal charges pending against Ms. Rogers and questions concerning Ms. Rogers' association with a convicted felon and whether she truthfully advised her probation officer about that association.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Ms. Rogers' motion for early termination of supervised release (doc. 162) is **denied**.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2013, at Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge